AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PUBLIC UTILITY DISTRICT NO 1 OF DOUGLAS COUNTY WASHINGTON, a municipal corporation,

v.

ROBERT OLIVER and ROBERTA OLIVER, husband and wife, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-249-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Defendants and against the Plaintiff in the amount of $102,400.

| | |
|---|---|
| 5/31/11 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Penny Lamb |
| | *(By) Deputy Clerk* |
| | Penny Lamb |